UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OFFICE OF FLORIDA
Civil

03 JUL 30 PM 2: 19

TERRY GRIFFIN
AKA SUPERPOWERPILL
   CASE NUMBER

8:03-CV-1581-T-23MSS

V.S.

HILLSBOROUGH COUNTY
HILLSBOROUGH COUNTY SHERRIFS OFFICE
ET AL
CITTY OF TAMPA
CITTY OF TAMPA POLICE DEPT


COMPLAINT AND DEMAND FOR DAMAGES FROM ENTITY
AGENTS TORT NEGLEGENT ACTIONS

   COMES NOW PLAINTIFF TERRY GRIFFIN SR AKA SUPERPOWERPILL
PRO SE COMPLAINTANT TO SET FORTH PRAYER FOR RELIEF AND PROTECTION
FROM BLATENT AND OVERT SYSTEMATIC ENTITY AGENT ACTIONS PRODUCING
MUCH HARM TO PLAINTIFF AND FAMILY

COUNT 1 TORT ACTIONS BY ENTITY AGENTS HAVE SYSTEMATICLY DEPRIVED PLAINTIF OF
NATURAL RIGHTS AS CITIZEN TO INCLUDE TAXATION WITHOUT REPENSENTATION
INTENTIONAL DEPRIVEMENT OF PLAINTIFF RIGHT TO TRAVEL OR ASSYMBLE AS WELL
AS TO CURTAIL DEFENDENT RIGHT TO FREE SPEECH IN BOTH DEFENDANT PRIVATE AND
PUBLIC
LIFE THESE ACTIONS WASTED GOVERMENT FUNDS WHILE MORE INFAMOUS CRIMES OF
PUBLIC
NATURE THREAT FLOURSHED COMPOUNDING DEFENDANT ACTIONS


#17 COUNT 2 THESE TORT ACTIONS HAPPENED IN A HILLSBOROUGH COUNTY COURTROOM
WHERE A ILLEGAL CONTRIVED ARREST WAS CONDUCTED APON DEFENDENT WHERAS
COURTROOM SECURITY WAS MANDATED TO COURTROOM BALIFF POSSESSING CHARGE



AND JURISDICTION THESE ACTS VIOLATED 1964 CIVIL RIGHTS, ACT KLU KLUX KLAN ACT
CT
1ST 4TH 5TH AND 14TH AMENDMENT RIGHTS

WHEREFORE THIS COURT HAS JURISDICTION IN THIS MATTER PLAINTIFF DEMANDS TO
BE HEARD ON THE ABOVE MATTERS TO REQUEST 51.00DOLLARS IN ACTUAL DAMAGES AND TEN MILLION IN PUNITIVE DAMAGES TO CURTAIL SUCH ABORHORANT ACTIONS

BRIEF STATEMENT OF CLAIM
IN JUNE OF 2002 WITHIN HILLSBOROUGH COUNTY COURTROOM PLAINTIFF WAS ILLEGALLY ARRESTED WHERE JURISDICTION WAS NOT A EVIDENT PROTECTION FOR DEFENDANT AGENTS WHO ABUSED ATHORITHY AND GREATLY HARMED PLAINTIFF WITH TORT ACTION THIS COURT HAS JURISDICTION AND ATHORITY IN THIS MATTER GRANTED UNDER 1964 CIVIL RIGHTS ACT

TERRY GRIFFIN PRO SE PLAINTIFF

AKA SUPERPOWERPILL

3020 W VAN BUREN BLVD          *Telphon*
                                977 9680

*Tampa Fla 33610*

*[signature: Terry]*